UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. DAVID MEHMET, | CV08-4761-AHM (JWJx) |
|     Plaintiff(s), | ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE |
| v. | |
| ELIZABETH BLACKBURN, | |
|     Defendant(s). | |

On November 26, 2008, the Court ordered plaintiffs to show cause in writing, no later than December 15, 2008, why the above-entitled action should not be dismissed as to all remaining defendants for lack of prosecution. To date, plaintiffs have not complied with this order.

Accordingly, good cause appearing therefor, the Court hereby DISMISSES this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: December 16, 2008

A. HOWARD MATZ
United States District Judge

**Make JS-6**